IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01429-AP

ARNOLD V. DEHERRERA,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
WILLIAM E. BENJAMIN
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442-9005
E-mail: wbenjaminlaw@ecentral.com

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0017
E-mail: tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**   07/09/2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**   08/06/2007

    C.    **Date Answer and Administrative Record Were Filed:**   10/02/2007

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    A.    Plaintiff does not plan to submit additional evidence.

    B.    Defendant does not plan to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**   11/26/2007

    B.    **Defendant's Response Brief Due:**   12/21/2007

    C.    **Plaintiff's Reply Brief (If Any) Due:**   01/07/2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>19</u>[th] day of<u> October </u>, 2007.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

                                      UNITED STATES ATTORNEY

| | |
|---|---|
| s/ William E. Benjamin | s/ Thomas H. Kraus |
| WILLIAM E. BENJAMIN | By: THOMAS H. KRAUS |
| 5350 Manhattan Circle, Suite 105 | Special Assistant U.S. Attorney |
| Boulder, CO 80303 | 1961 Stout St., Suite 1001A |
| (303) 442-9005 | Denver, Colorado 80294 |
| E-mail: wbenjaminlaw@ecentral.com | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |